(No. 876—Claimant awarded $244.26.)

FRANK SCHMANIA, EXECUTOR OF THE ESTATE OF LORENZ SCHMANIA,
Deceased, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed April 16, 1925.*

INHERITANCE TAX—*when claimant entitled to refund. Sec. 10.* Where
an inheritance tax has been erroneously paid under an order of the county
judge, and an appeal is taken to the county court and upon a hearing there-
on, it is shown that the tax was paid under an erroneous order of the county
judge:    *Held,* claimant entitled to a refund of the tax erroneously paid, under
Sec. 10, Inheritance Tax Law.

E. H. WEGENER, for claimant.

OSCAR E. CARLSTROM, Attorney General; S. S. DuHAMEL,
Assistant Attorney General, for respondent.

Mr. JUSTICE PHILLIPS delivered the opinion of the court:

The claimant, Frank Schmania, executor of the estate of
Lorenz Schmania, deceased, brings this suit for a refund of
inheritance tax erroneously paid under Section 10 of the
inheritance tax law in the sum of $244.26, which amount was
paid by an erroneous order of the county judge.

An appeal was in due time taken to the county court, and
on proper hearing at which the Attorney General was repre-
sented the county court reversed the order and ordered the
said sum, so erroneously paid, refunded.

The evidence supports the claim, which is likewise ad-
mitted by the Attorney General in this case, who consents to
an award for the sum so erroneously paid.

An award in the sum of $244.26 to claimant.